COOK ET AL. v. DELAY ET AL.

[No. 9,242. Filed March 13, 1917.]

From Knox Circuit Court, *Benjamin M. Willoughby*, Judge.

Action by Frank V. Cook and others against Judson A. DeLay and another.

From a judgment for defendants, the plaintiffs appeal. *Affirmed.*

*Louis Newberger, Milton N. Simon, Lawrence B. Davis, Clarence B. Kessinger* and *Elmer Williams*, for appellants.

*D. Frank Culbertson* and *W. S. Hoover*, for appellees.

FELT, C. J.—This is a suit brought by appellants, Frank V. Cook, James H. Black and George W. J. Hoffman, doing business as Cook, Black and Hoffman, against appellees, Judson A. DeLay and Ira V. Corbin, to recover on a bond executed by appellee DeLay, as commissioner for the sale of real estate in a partition suit, and by appellee Corbin, his surety thereon.

The question presented by the assignment of errors in this case is the same as that presented, and decided by this court, at the present term, in *Kiefer Drug Co.* v. *DeLay* (1917), 63 Ind. App. 639, 114 N. E. 35. Except for the change in the names of the appellants and the amount in controversy, the material facts of the cases are identical.

Therefore, on the authority of that decision, the judgment in this case is affirmed.

ROHDE ET AL. v. HOGAN.

[No. 9,654. Filed May 4, 1917.]

From Marion Circuit Court (24,657); *Louis B. Ewbank*, Judge

Action between Grace B. Rohde and another and Hugh E. Hogan. From the judgment rendered, the former appeals. *Reversed.*

*David F. Smith, Miller, Dailey & Thompson, W. H. H. Miller* and *C. C. Shirley*, for appellants.

*Fred B. Johnson, William E. Reiley* and *Paul G. Davis*, for appellee.

Cleveland, etc., R. Co. *v*. Blind—64 Ind. App. 704.

PER CURIAM.—Upon confession of error by the appellee, as per agreement of parties on file, the judgment is reversed with instructions to sustain appellants' motion for a new trial.

---

THE CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY *v*. BLIND.

[No. 9,306.    Filed June 21, 1917.]

From Benton Circuit Court; *Burton B. Berry*, Judge.

Action by Charles O. Blind against The Cleveland, Cincinnati, Chicago and St. Louis Railway Company.    From a judgment for plaintiff, the defendant appeals.    (Transferred to the Supreme Court under §1392 Burns 1914, Acts 1907 p. 237; §1397 Burns 1914, Acts 1901 p. 565.)

*Charles M. Snyder*, for appellant.
*Fraser & Isham*, for appellee.

PER CURIAM.—It appearing from the record in this case that a constitutional question is involved, and is duly presented in briefs of counsel, this cause is transferred to the Supreme Court, under §1392 Burns 1914, Acts 1907 p. 237; §1397 Burns 1914, Acts 1901 p. 565.